**FILED**
December 24, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>              Plaintiff,                      )<br>v.                                                     )<br>                                                          )<br>EDWARD BLODEN TOOLE,        )<br>                                                          )<br>              Defendant.                  ) | Case No. CR.S-09-0513-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release EDWARD BLODEN TOOLE, Case No. CR.S-09-0513-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of: $250,000.00.

        ___   Unsecured Appearance Bond

        _X_   Appearance Bond with Surety

        _X_   (Other) Conditions as stated on the record.

        ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/24/09  at  9:30 AM

By  _/s/ Edmund F. Brennan_
    Edmund F. Brennan
    United States Magistrate Judge