JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWIN BLODEN TOOLE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-0513 MCE |
| Plaintiff, ) | |
| ) | DEFENDANT'S WAIVER OF APPEARANCE |
| v. ) | |
| EDWIN BLODEN TOOLE, ) | Judge:  Honorable Morrison C. England, Jr. |
| Defendant. ) | |

Pursuant to Fed.R.Crim.P. 43, defendant, EDWIN BLODEN TOOLE, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present. Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

1

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays without his personal appearance.

Dated: January 11, 2010

    /s/ Edwin Bloden Toole
EDWIN BLODEN TOOLE
(Original retained by attorney)

I concur in Mr. Toole's decision to waive his presence at future proceedings.

Dated: January 11, 2010                                   Respectfully submitted,

    /s/ John R. Manning
JOHN R. MANNING
Attorney at Law
Attorney for Defendant
Edwin Bloden Toole

IT IS SO ORDERED,
Dated: February 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2